**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: Cr.S-07-141-WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE** |
| ) | |
| ANTHONY BOYKIN ) | DATE**:** June 11, 2007 |
| PATRICK BOYKIN ) | TIME: 8:30 a.m. |
| Defendants ) | |
| ) | Hon. William B. Shubb |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Phillip A. Talbert hereby agree and stipulate to continue the status conference in the above captioned case from June 11, 2007 to July 23, 2007 at 8:30 a.m.[1] This continuance is requested because counsel for defendants need additional time to review over 1000 pages of initial discovery and to conduct further investigation.

In addition, the parties agree and stipulate that time be excluded from June 11, 2007 to July 23, 2007 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that July 23, 2007 at 8:30 a.m. is an available date and time for a status conference on this matter.

Dated:  June 7, 2007              ss// Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
                                  Attorney at Law

                                  ss// Dwight M. Samuel [2]
                                  DWIGHT M. SAMUEL
                                  Attorney at Law

Dated:  June 7, 2007              ss// Phillip A. Talbert [3]
                                  PHILLIP A. TALBERT
                                  Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  June 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Dwight M. Samuel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Phillip A. Talbert telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.