**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) Case No.: Cr.S-07-141-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO CONTINUE STATUS** |
|  | ) **CONFERENCE** |
| ANTHONY BOYKIN | ) DATE**:** October 29, 2007 |
| PATRICK BOYKIN | ) TIME:  8:30 a.m. |
| Defendants. | ) |
|  | ) Hon. William B. Shubb |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Phillip A. Talbert, hereby agree and stipulate to continue the status conference in the above captioned case from October 29, 2007 to December 17, 2007 at 8:30 a.m.[1] This continuance is requested because the Government has recently provided additional discovery and counsel for defendants need additional time to review the discovery and to conduct further investigation.

The parties further agree and stipulate that time be excluded from October 29 2007 to December 17, 2007 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that December 17, 2007 at 8:30 a.m. is an available date and time for a status conference on this matter.

Dated:  October 24, 2007          ss// Johnny L. Griffin, III_____
                                  JOHNNY L. GRIFFIN, III
                                  Attorney at Law

                                  ss// Dwight M. Samuel__ [2]
                                  DWIGHT M. SAMUEL
                                  Attorney at Law

Dated:  October 24, 2007          ss// Phillip A. Talbert____ [3]
                                  PHILLIP A. TALBERT
                                  Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  October 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Dwight M. Samuel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Phillip A. Talbert telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.