**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: Cr.S-07-141-WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE** |
| ) | |
| ANTHONY BOYKIN ) | DATE**:** December 17, 2007 |
| PATRICK BOYKIN ) | TIME:  8:30 a.m. |
| Defendants ) | |
| ) | Hon. William B. Shubb |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Phillip A. Talbert, hereby agree and stipulate to continue the status conference in the above captioned case from December 17, 2007 to February 4, 2008 at 8:30 a.m.[1] This continuance is requested because the Government needs additional time to provide further discovery to the defense.  In addition, counsel for defendants will then need additional time to review the discovery and to conduct further investigation.

---

[1] The parties have been advised by this Court's Clerk that February 4, 2008 at 8:30 a.m. is an available date and time for a status conference on this matter.

In addition, the parties agree and stipulate that time be excluded from December 17, 2007 to February 4, 2008 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

Dated:  December 14, 2007       ss// Johnny L. Griffin, III
                                                       JOHNNY L. GRIFFIN, III
                                                       Attorney at Law

                                                       ss// Dwight M. Samuel [2]
                                                       DWIGHT M. SAMUEL
                                                       Attorney at Law

Dated:  December 14, 2007       ss// Phillip A. Talbert [3]
                                                       PHILLIP A. TALBERT
                                                       Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  December 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Attorney Dwight M. Samuel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Phillip A. Talbert telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.