**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY BOYKIN<br>PATRICK BOYKIN<br>　　　　　Defendants. | Case No.: Cr.S-07-141-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE**:** March 31, 2008<br>TIME:　8:30 a.m.<br>Hon.　William B. Shubb |

　　　　Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Heiko P Coppola, hereby agree and stipulate to continue the status conference in the above captioned case from March 31, 2008 to May 12, 2008 at 8:30 a.m.[1] This continuance is requested because counsel for defendants need additional time to review discovery and to conduct further investigation.

　　　　The parties further agree and stipulate that time be excluded from March 31, 2008 to May 12, 2008 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that May 12, 2008 at 8:30 a.m. is an available date and time for a status conference on this matter.

Dated:  March 27, 2008             ss// Johnny L. Griffin, III_____
                                   JOHNNY L. GRIFFIN, III
                                   Attorney at Law

                                   ss// Dwight M. Samuel   [2]
                                   DWIGHT M. SAMUEL
                                   Attorney at Law

Dated:  March 27, 2008             ss// Heiko Coppola [3]
                                   HEIKO COPPOLA
                                   Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  March 27, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Dwight M. Samuel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Heiko Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.