```
DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
PATRICK BOYKIN
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICK BOYKIN, ) <br> ) <br> Defendant, ) <br> _____ ) | No. CRs-07- 0141 WBS <br><br> STIPULATION AND <br> ~~PROPOSED~~ ORDER <br> CONTINUING STATUS <br> CONFERENCE |

It is hereby stipulated and agreed to between Patrick Boykin and Anthony Boykin by and through counsel respective counsel Dwight M. Samuel and Johnnie Griffin, and United States of America, by and through, Heiko Coppola, Assistant United States Attorney, that the status conference presently set for Monday, July 14, 2008 at 8:30 a.m. be vacated and rescheduled for a status conference on Monday, **September 29, 2008, at 8:30 a.m.**

It is further stipulated that the period from July 14, 2008, through and including August , 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

1  Respectfully submitted,

3  Dated: July 11, 2008

```
                                    /s/ Dwight M. Samuel
                                    DWIGHT M. SAMUEL
                                    Attorney for Defendant,
                                    Patrick Boykin
```

Dated: July 11, 2008

```
                                    /s/ Johnnie Griffin[1]
                                    JOHNNIE GRIFFIN
                                    Attorney for Defendant,
                                    Anthony Boykin
```

Dated: July 11, 2008

```
                                    /s/ Heiko Coppola[2]
                                    HEIKO COPPOLA
                                    Assistant United States Attorney
```

15  IT IS SO ORDERED.

16  Dated: July 14, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Signed via telephonic authorization.

[2] Signed via telephonic authorization.