1 DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
2 117 J Street, Suite 202
Sacramento, California 95814-2282
3 916-447-1193

4 Attorney for Defendant
PATRICK BOYKIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRs-07- 0141 WBS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| PATRICK BOYKIN, et al., | ) | |
| Defendant, | ) | |

It is hereby stipulated and agreed to between Patrick Boykin and Anthony Boykin by and through counsel respective counsel Dwight M. Samuel and Johnnie Griffin, and United States of America, by and through, Heiko Coppola, Assistant United States Attorney, that the status conference presently set for Monday, September 29, 2008 at 8:30 a.m. be vacated and rescheduled for a status conference on Monday, November 3, 2008, at 8:30 a.m.

Defense has demanded additional discovery which is not yet forth coming.

It is further stipulated that the period from September 29, 2008, through and including November 3, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: September 23, 2008

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant,
Patrick Boykin

Dated: September 23, 2008

/s/ Johnnie Griffin[1]
JOHNNIE GRIFFIN
Attorney for Defendant,
Anthony Boykin

Dated: September 23, 2008

/s/ Heiko Coppola[2]
HEIKO COPPOLA
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   September 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Signed via telephonic authorization.

[2] Signed via telephonic authorization.