**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY BOYKIN

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: Cr.S-07-141-WBS |
|                             ) | |
| Plaintiff,                  ) | **STIPULATION AND [PROPOSED]** |
|                             ) | **ORDER TO CONTINUE STATUS** |
| vs.                         ) | **CONFERENCE** |
|                             ) | |
| ANTHONY BOYKIN              ) | DATE**:** December 15, 2008 |
| PATRICK BOYKIN              ) | TIME:  8:30 a.m. |
| Defendants.                 ) | |
|                             ) | Hon. William B. Shubb |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Heiko Coppola, hereby agree and stipulate to continue the status conference in the above captioned case from December 15, 2008 to January 5, 2009 at 8:30 a.m.[1] This continuance is requested because of the Court's unavailability on December 15, 2008 and to allow counsel for Defendants additional time to discuss a possible resolution with the Government.

The parties further agree and stipulate that time be excluded from  December 15, 2008 to January 5, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that January 5, 2009 at 8:30 a.m. is an available date and time for a status conference on this matter.

| | |
|---|---|
| Dated:  December 10, 2008 | ss// Johnny L. Griffin, III_____<br>JOHNNY L. GRIFFIN, III<br>Attorney at Law |
| | ss// Dwight M. Samuel  [2]<br>DWIGHT M. SAMUEL<br>Attorney at Law |
| Dated:  December 10, 2008 | ss// Heiko Coppola [3]<br>HEIKO COPPOLA<br>Assistant United States Attorney |

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: December 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Dwight M. Samuel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Heiko Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.