```
1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-CR-0141 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO EXCLUDE TIME |
| ANTHONY BOYKIN and ) | |
| PATRICK BOYKIN ) | |
| Defendants. ) | |

The parties request that the status conference in this case be continued from January 5, 2009 to March 2, 2009 at 8:30 a.m.[1] They stipulate that the time between January 5, 2009 and March 2, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4. Specifically,

---

[1] The parties were advised by this Court's Clerk that March 2, 2009 at 8:30 a.m. is an available date and time for a status conference on this matter.

1

the defendants have requested additional discovery and documentation that will potentially assist the parties in resolving this matter short of trial.  The government anticipates receiving that additional discovery and documentation in the coming weeks.  Defense counsel will then need additional time to review that discovery and conclude plea negotiations with the government.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATE: January 7, 2009        By:   /s/ Heiko P. Coppola
                                              HEIKO P. COPPOLA
                                              Assistant U.S. Attorney

DATE: January 7, 2009              /s/ Dwight M. Samuel[2]
                                              DWIGHT M. SAMUEL
                                              Attorney for Defendant Patrick Boykin

DATE: December 31, 2008          /s/ Johnny L. Griffin III[3]
                                              JOHNNY L. GRIFFIN, III
                                              Attorney for Defendant Anthony Boykin

---

[2] Dwight M. Samuel authorized AUSA Heiko P. Coppola to sign this stipulation and order on his behalf.

[3] Johnny L. Griffin, III, authorized AUSA Heiko P. Coppola to sign this stipulation and order on his behalf.

1 | **IT IS SO ORDERED.**
2 | DATE:   January 7, 2009

```
                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
```