| | |
|---|---|
| 1 | **LAW OFFICES OF JOHNNY L. GRIFFIN III** |
| | JOHNNY L. GRIFFIN III (State Bar No. 118694) |
| 2 | SILKY SAHNAN (State Bar No. 242850) |
| | 1010 F Street, Suite 200 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 444-5557 |
| 4 | Facsimile: (916) 444-5558 |

Attorneys for Defendant
ANTHONY BOYKIN

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) Case No.: Cr.S-07-141-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE** |
| ANTHONY BOYKIN | ) DATE: April 20, 2009 |
| PATRICK BOYKIN | ) TIME: 8:30 a.m. |
| Defendants. | ) |
| | ) Hon. William B. Shubb |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Heiko Coppola, hereby agree and stipulate to continue the status conference in the above captioned case from April 20, 2009 to May 26, 2009 at 8:30 a.m.[1] This continuance is requested because counsel for the Government is unavailable due to military duty. In addition, counsel for defendant Patrick Boykin is unavailable because he is currently in a state jury trial.

The parties further agree and stipulate that time be excluded from April 20, 2009 to May 26, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that May 26, 2009 at 8:30 a.m. is an available date and time for a status conference on this matter.

Dated: April 17, 2009          ss// Johnny L. Griffin, III_____
                               JOHNNY L. GRIFFIN, III
                               Attorney at Law

                               ss// Dwight M. Samuel [2]
                               DWIGHT M. SAMUEL
                               Attorney at Law

Dated: April 17, 2009          ss// Heiko Coppola [3]
                               HEIKO COPPOLA
                               Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: April 17, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Dwight M. Samuel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Heiko Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.