**FILED**
February 28, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROBERT WALTON, | Case No. Cr.S-07-0141-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT WALTON, Case No. Cr.S-07-0141-WBS, from custody subject to the conditions contained in the attached "Notice to Material Witness Being Released" and for the following reasons:

    __X__   Release on Personal Recognizance

    ____Bail Posted in the Sum of $ _____

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        _X_(Other)   Third Party Custody and conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   02/28/11   at   3:08 p.m.

By  _____
Edmund F. Brennan
United States Magistrate Judge