HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PATRICK BOYKIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK BOYKIN,<br><br>　　　　　　Defendant | No. Cr. 2:07-cr-141-02 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

　　　Defendant, PATRICK BOYKIN, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　2.　　On October 5, 2009, this Court sentenced Mr. Boykin to a term of 210 months imprisonment;

　　　3.　　His total offense level was 33, his criminal history category was V, and the resulting guideline range was 210 to 262 months;

4. The sentencing range applicable to Mr. Boykin was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Boykin's total offense level has been reduced from 33 to 31, and his amended guideline range is 168 to 210 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Boykin's term of imprisonment to a term of 168 months.

Respectfully submitted,

Dated:  November 2, 2015                Dated:   November 2, 2015
BENJAMIN B. WAGNER                      HEATHER E. WILLIAMS
United States Attorney                  Federal Defender


 /s/  Jason Hitt                         /s/ Hannah R. Labaree
JASON HITT                              HANNAH R. LABAREE
Assistant U.S. Attorney                 Assistant Federal Defender

Attorney for Plaintiff                  Attorney for Defendant
UNITED STATES OF AMERICA                PATRICK BOYKIN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Boykin is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 168 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2009 is reduced to a term of 168 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Boykin shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  November 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE